MLMC, LTD., Plaintiff–Appellant,

v.

AIRTOUCH COMMUNICATIONS, INC., Alltel Corporation, Gte Corporation, Gte Wireless, Incorporated, Primeco Personal Communications, L.P., Cellco Partnership (doing business as Verizon Wireless), Alltel Communications Inc., 360 Communications Company, Vodaphone Airtouch Licenses, L.L.C., and Verizon Wireless (VAW), L.L.C., Defendants–Cross Appellants.

Nos. 02–1611, 03–1001.

United States Court of Appeals, Federal Circuit.

Dec. 31, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).